IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Malik, Mansoor N | Case Number: 08 B 23966 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/13/09 | Filed: 9/10/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 1, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chase Automotive Finance | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual Finance | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 45,000.00 | 0.00 |
| 5. | Select Portfolio Servicing | Secured | 4,000.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 92.26 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 189.07 | 0.00 |
| 8. | Delaware Place Bank | Unsecured | 1,838.01 | 0.00 |
| 9. | Credit Management Co. | Unsecured | | No Claim Filed |
| 10. | HSBC | Unsecured | | No Claim Filed |
| 11. | Jeffers | Unsecured | | No Claim Filed |
| 12. | Nicor Gas | Unsecured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Biorn Corporation | Unsecured | | No Claim Filed |
| 15. | First Equity | Unsecured | | No Claim Filed |
| | | | $ 51,119.34 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---:|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Malik, Mansoor N | Case Number:  08 B 23966 |
| | Judge:  Hollis, Pamela S |
| Printed: 01/13/09 | Filed:  9/10/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

